In the Matter of TRENASIA J. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FRANK J., Appellant. (Proceeding No. 1.)

In the Matter of RAYMOND J., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FRANK J., Appellant. (Proceeding No. 2.)

In the Matter of TAVIA J., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FRANK J., Appellant. (Proceeding No. 3.)

In the Matter of BRIJE D., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FRANK J., Appellant. (Proceeding No. 4.)

Submitted October 20, 2014; decided October 23, 2014

Motion by The Bronx Defenders et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.